**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-03164-REB

In re:

FORESIGHT APPLICATIONS & SYSTEMS TECHNOLOGIES, LLC,

      Debtor,

---

FORESIGHT APPLICATIONS & SYSTEMS TECHNOLOGIES, LLC,

      Plaintiff,

v.

GENESEE CAPITAL CORPORATION,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on the **Stipulated Notice of Settlement and Request To Vacate Pre-Trial Conference and Trial Dates** [#18][2] filed February 12, 2016.  After careful review of the notice and the record, the court concludes that the notice should be approved.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Notice of Settlement and Request To Vacate Pre-Trial Conference and Trial Dates** is approved;

      2.  That the parties shall file dismissal papers by **March 14, 2016**;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#18]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

3.  That the combined Final Pretrial Conference/Trial Preparation Conference set February 26, 2016, is vacated;

4.  That the jury trial set to commence March 14, 2016, is vacated;

5.  That the **Motion To Strike Plaintiff's Supplemental Expert Report and Related Opinions** [#12] filed December 8, 2015, is denied as moot; and

6.  That the **Motion To Strike Genesee Capital Corporation's Expert Report and Related Opinions** [#15] filed December 29, 2015, is denied as moot.

Dated:  February 12, 2016